UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

Case No. 23-30272
Originating No. 23CR21

**DORIAN KRISTOPHER MYLES,**

    Defendant.

_____/

GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DORIAN KRISTOPHER MYLES** to answer charges pending in another federal district, and states:

1. On **June 29, 2023**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of West Virginia based on an Indictment. The defendant is charged in that district with violating 21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute Controlled Substances, Distribution of Fentanyl,**

**Aiding and Abetting Distribution of Fentanyl, Aiding and Abetting Distribution of Methamphetamine and Aiding and Abetting Possession with Intent to Distribute Methamphetamine.**

 2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

 WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

         Respectfully submitted,

         Dawn N. Ison
         United States Attorney


         *s/ Michael Taylor*
         MICHAEL TAYLOR
         Assistant U.S. Attorney
         211 W. Fort Street, Suite 2001
         Detroit, MI 48226
         (313) 226-9100

Dated: June 29, 2023