

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff        **WAIVER OF RULE 5 AND 5.1 HEARINGS**
                                    **(Excluding Probation Violation Cases)**

v.                                 Case No. 23-30272
                                    Originating No.23CR21



**DORIAN KRISTOPHER MYLES,**

        Defendant.
_____/

I, **DORIAN KRISTOPHER MYLES** understand that in the **Northern District of West Virginia** charges are pending alleging a **violation 21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute Controlled Substances, Distribution of Fentanyl, Aiding and Abetting Distribution of Fentanyl, Aiding and Abetting Distribution of Methamphetamine and Aiding and Abetting Possession with Intent to Distribute Methamphetamine** and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1.     Retain counsel or request the assignment of counsel if I am unable to afford one.

2.     Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3.     Have an identity hearing to determine if I am the person named in the charge.

4.     Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an

offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary examination

(X) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____
Defendant

Date: 6/30/23

_____
Rhonda Brazile
Counsel for Defendant

Date: 6/30/2023